# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAUN ROSIERE,  )
        Plaintiff,  )  Case No. 2:15-cv-02187-APG-GWF
        )
vs.  )  **ORDER**
        )
UNITED STATES OF AMERICA,  )
        Defendants.  )

This matter is before the Court on Defendant's Motion for an Extension of Time (ECF No. 14), filed on August 3, 2016.

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, extensions of time may be granted for good cause shown. Defendant requests a forty-two (42) day extension of time to respond to Plaintiff's complaint. The Court grants Defendant an seven (7) day extension of time to respond to Plaintiff's complaint. The Court will consider granting the requested forty-two (42) day extension if any objection filed by Plaintiff does not warrant denial of Defendant's Motion. The parties may file a stipulation and proposed order extending Defendant's time to respond to Plaintiff's complaint. Plaintiff shall file his opposition to Defendant's Motion for an Extension within one week, up and until, **August 11, 2016**. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for an Extension of Time (ECF No. 14) is granted. Defendant shall have until **August 12, 2016** to file a response to Plaintiff's complaint.

DATED this 5th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge