# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN ROSIERE, )<br>　　　　　　Plaintiff, )<br>vs. )<br>UNITED STATES OF AMERICA, )<br>　　　　　　Defendants. ) | Case No. 2:15-cv-02187-APG-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's Motion for the Court to Resend Papers (ECF No. 63), filed on January 5, 2017.

　　　Plaintiff requests that the Court mail court documents issued over the last few months to him because he has been informed that his mail has been stolen. Upon review and consideration,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for the Court to Resend Papers (ECF No. 63) is **granted**.

　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail copies of orders issued by the Court from September 2016 through January 2017 to Plaintiff.

　　　DATED this 12th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge