UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: SHAUN ROSIERE.

_____

SHAUN ROSIERE,

          Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

          Respondent,

UNITED STATES OF AMERICA,

          Real Party in Interest.

No. 17-70482

D.C. No. 2:15-cv-02187-APG-GWF
District of Nevada,
Las Vegas

ORDER

Before: REINHARDT, CALLAHAN, and NGUYEN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied without prejudice.

No further filings will be entertained in this closed case.

**DENIED.**

sz/MOATT